TIMOTHY J. DESMOND and Another, Copartners Doing Business under the Firm Name, etc., of DESMOND FISH COMPANY, Respondents, v. CHARLES LYONS COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ALYAH ARMSTRONG, Appellant, v. MICHAEL BOOMANSOUR, Respondent.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

SUSIE BERAN, Respondent, v. VENCL PARDUS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Judicial Settlement of the Accounts of ADOLPH SPIEHLER and Another, as Executors, etc., of THEKLA SPOHR, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALMON E. RHODES, Respondent, v. STEPHEN D. SIEGERT, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS BORD, Appellant.— Judgment of conviction and orders affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MYNDERT STARIN, Respondent, v. JOHN F. HYDER, Otherwise Known as JOHN F. HILDER, and ALEXANDER HYDER, Otherwise Known as ALEXANDER HEDER, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

WILLIAM P. COLGAN, Respondent, v. ANDREW COCCA, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HELEN ZIEMBA, by Her Guardian ad Litem, ALEXANDER ZIEMBA, Respondent, v. ABI A. BOOLAS and Another, Doing Business under the Name and Style of B. & B. MOTOR SALES COMPANY, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIAN BARANOWSKI, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ANDREW J. SULLIVAN, as Administrator, etc., of MARY J. SULLIVAN, Respondent, v. RAYMOND THEISS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SAMUEL A. COOPER and Another, Respondents, v. GEORGE E. FRANCIS and Another, Appellants.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDITH B. SMILEY, Respondent, v. CARRIE W. METCALF and Others, as Executors, etc., of EDWIN D. METCALF, Deceased, Appellants.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.